# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN I. DEBOSE,<br><br>　　Plaintiff(s),<br><br>v.<br><br>TRANS UNION LLC,<br><br>　　Defendant(s). | Case No.: 2:18-cv-01641-JAD-NJK<br><br>**Order**<br><br>(Docket No. 16) |

　　Before the Court is the parties' notice of settlement. Docket No. 16. The Court **ORDERS** the parties to file a stipulation of dismissal no later than January 14, 2019.

　　IT IS SO ORDERED.

　　Dated: November 14, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1